AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   (Page 1) — Southern District of Texas

United States District Court
Southern District of Texas

**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Houston

UNITED STATES OF AMERICA

v.

JOHNNY JACOB DOMINGUE

**JUDGMENT IN A CRIMINAL CASE**

**CASE NUMBER: 4:20CR00470 - 001**

**USM NUMBER: 36719-034**

Date of Original Judgment:   April 11, 2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Mark Anthony Diaz
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C.§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 70 months **is reduced to** ___ months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated April 11, 2022, shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   2/8/2024

Signature of Judge

Effective Date: February 1, 2024
*(if different from order date)*

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE
Name and Title of Judge